# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA HONG VAN,<br><br>                      Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br><br>                      Defendant. | CASE NO. 01CV0402-LAB (AJB)<br><br>**ORDER FOLLOWING APPEAL MANDATE HEARING AND REFERRAL FOR REPORT AND RECOMMENDATION** |

On June 25, 2007, the court convened the appeal mandate hearing in this social security benefits matter following the reversal of this court's Order denying an award of attorneys' fees as untimely requested.. Robert Ochs, Esq. appeared for plaintiff's attorney of record Alexandra T. Manbeck, Esq. Tom Stahl, Esq. appeared for the defendant Commissioner. The court spread the mandate of the Ninth Circuit's ruling. The parties informed the court plaintiff has pending before the Ninth Circuit an opposed motion to recover her attorneys' fees for the appeal, as a separate matter from the fees she seeks for proceedings in this court. In the interest of an expeditious resolution of all issues associated with attorneys' fees in this case, the parties agreed plaintiff will withdraw her pending motion in the Ninth Circuit and will have the matter of an award of fees incurred both in this court and at the Court of Appeals decided here. The parties further agreed to contact the chambers of the magistrate judge assigned to this case to schedule a conference to attempt to reach agreement on the amount of plaintiff's attorneys' fees award. Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff shall withdraw her Ninth Circuit attorneys' fees motion.

/ / /

/ / /

2. The parties are referred to Magistrate Judge Anthony J. Battaglia to schedule a conference to address the issues of plaintiff's attorneys' fees award for proceedings both in this court and at the Court of Appeals.

3. If agreement is reached, the parties shall jointly file a Notice memorializing the fact of their settlement and shall provide the court with a [Proposed] Judgment disposing of this action in its entirety.

4. If the parties are unable to agree on the amount of attorneys' fees to be awarded, the magistrate judge shall set a briefing schedule and shall proceed by Report and Recommendation to advise this court of an appropriate resolution of the dispute.

5. When the Report and Recommendation objections period has past, the matter will be under submission in this court on the papers, absent further court order.

**IT IS SO ORDERED**.

DATED: June 26, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge