# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA HONG VAN,<br><br>                           Plaintiff,<br>  vs.<br>JO ANNE B. BARNHART,<br><br>                         Defendant. | CASE NO. 01CV0402-LAB (AJB)<br><br>**ORDER**<br><br>[Dkt Nos. 70, 71] |

On June 25, 2007, this court spread the mandate in this social security matter reversed and remanded for a determination of plaintiff's attorneys' fees award. Plaintiffs' counsel, Alexandra T. Manbeck, Esq., sent substitute counsel, Robert Ochs, Esq., to appear in her stead. By Order entered June 27, 2007, the court memorialized the results of that hearing, including an instruction by agreement of counsel that plaintiff would withdraw her opposed motion for attorney's fees on appeal then pending before the Ninth Circuit in order to have the matter of a global attorneys' fees award decided here. Dkt No. 68. The parties further agreed to contact the chambers of the magistrate judge assigned to this case to schedule a conference to attempt to reach agreement on the fee award amount. Absent agreement, the Order provided the magistrate judge was to proceed by Report and Recommendation to this court.

Attorney Manbeck filed a Motion For Reconsideration on June 28, 2007, challenging the authority of attorney Ochs to bind her with respect to any issue associated with the motion for attorneys' fees on appeal. Dkt No. 69. By Order entered June 29, 2007, this court set the motion hearing for July 9, 2007 at 11:00 a.m., with the express admonition: "Plaintiff's counsel shall **personally attend** the hearing and shall not send substitute counsel in her stead." Dkt No. 70.

Ms. Manbeck filed a Motion For Continuance on July 2, 2007, requesting the hearing of her

Motion For Reconsideration be continued to July 23, 2007 due to her absence from the district for the period July 9 to July 22, 2007. Dkt No. 71. The court **DENIED** the request, but no Order was entered before the reconsideration hearing date and time, nor did Ms. Manbeck contact the court to determine whether she was excused from her ordered personal appearance. The matter was called on the calendar in the normal course on July 9, 2007. Cindy Cipriani, Esq. appeared on behalf of the Commissioner. Ms. Manbeck did not appear. After numerous telephone calls, Ms. Manbeck was contacted in New York. The hearing of her reconsideration motion accordingly has been *continued to July 23, 2007 at 11:00 a.m.*, with **the personal appearance of plaintiff's counsel required**.

By Ninth Circuit Order filed in this case on July 5, 2007, plaintiff's request for attorneys' fees incurred in connection with the appeal was remanded to this court for consideration along with the fee application associated with the underlying proceedings. Dkt No. 72. The procedural status of the case, as well as all issues associated with the apparent mooting of plaintiff's reconsideration motion will be addressed at the July 23, 2007 hearing.

**IT IS SO ORDERED**.

DATED: July 11, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge