cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA HONG VAN, | Civil No. 01cv402-LAB(AJB) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTING SETTLEMENT CONFERENCE |
| JO ANN BARNHART, Commissioner of Social Security Administration | |
| Defendants. | |

On October 9, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Alexandra Manbeck, Esq. on behalf of plaintiff and John Cusker, Esq. on behalf of defendant.

The Court and counsel discussed the efforts to resolve the attorney's fee issue. Some "ground work" needs to be pursued to help posture the case for resolution. Counsel will confer in that regard, and the Court sets a further telephonic Settlement Status Conference for ***November 15, 2007 at 10:00 a.m.*** Plaintiff's counsel will make arrangements for the conference call.

IT IS SO ORDERED.

DATED: October 10, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

01cv402