# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA HONG VAN,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>JO ANNE B. BARNHART,<br><br>　　　　　　　Defendant. | CASE NO. 01CV0402-LAB (AJB)<br><br>**ORDER AWARDING ATTORNEYS' FEES AND TERMINATING CASE**<br><br>[Dkt No. 86, 88] |

　　With the assistance of Magistrate Judge Anthony J. Battaglia, to whom the issue of an award of attorneys fees pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("EAJA") was referred for a Report and Recommendation, the parties now jointly moved for an Order awarding to plaintiff's attorney and assignee $21,000.00 in compensation for all legal services rendered on plaintiff's behalf in connection with this social security disability benefits claim action. In consideration of their agreement and joint request, and of the Judgment on the merits entered February 6, 2004, **IT IS HEREBY ORDERED** Alexandra T. Manbeck, Esq. is hereby awarded the sum of $21,000.00 in EAJA attorneys' fees, and the Clerk shall terminate this action in its entirety.

　　**IT IS SO ORDERED**.

DATED: January 31, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

01CV0402